UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EDDIE JOE BUSH,

    Plaintiff,

v.

KATHY BIRDSELL, and Other, Unknown Responsible Department Corrections Employees,

    Defendant.

NO. CV-08-5063-RHW

**ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT**

Before the Court are Plaintiff's Motion for Default Judgment (Ct. Rec. 17 and 24). Also before the Court is Plaintiff's Objection and Motion for the Judge's Correction (Ct. Rec. 14).

Plaintiff sought default judgment based on Defendant's failure to file responsive briefing. Since the filing of the motion, Defendant has filed an answer to the Amended Complaint. Moreover, according to the parties, the service issue has been waived. Therefore, Plaintiff's motions are moot.

In the Order granting the Motion to Dismiss, the Court stated that Plaintiff was proceeding *pro se* and *in forma pauperis*. This was in error. Plaintiff was not proceeding *in forma pauperis*; rather he paid the $350.00 filing fee.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment (Ct. Rec. 17 and 24) is **DENIED**, as moot.

2. Plaintiff's Objection and Motion for the Judge's Correction (Ct. Rec. 14) is **GRANTED**.

**ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT** ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff and counsel.

**DATED** this 4th day of March, 2009.

*s/Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2008\Bush\dismiss.default.wpd

**ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT** ~ 2