AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

EDDIE JOE BUSH,

       Plaintiff,

       v.

KATHY BIRDSELL and OTHER UNKNOWN RESPONSIBLE DEPARTMENT OF CORRECTIONS EMPLOYEES,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5063-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Defendants' Motion for Partial Dismissal (Ct. Rec. 84) is GRANTED.

2. Any claim based on Plaintiff's conviction, other than the claim that he was held beyond June 10, 2006, release date, is DISMISSED with prejudice.

3. Plaintiff's Motion to Strike (Ct. Rec. 91), construed as a Motion for Reconsideration, is DENIED.

| | |
|---|---|
| August 6, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |