AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

EDDIE JOE BUSH,

    Plaintiff,

v.

WASHINGTON STATE EMPLOYEES; JEFFREY UTTECT, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-5063-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Vacate Order, ECF No. 168, is DENIED. This case, CV-08-5063-RMP, was dismissed without prejudice on March 22, 2011. The Clerk of Court shall enter JUDGMENT for the Defendants. Filing under this Case number is closed. The Plaintiff, Eddie Joe Bush, shall not file further documents in this case. Any other filings by Mr. Bush in CV-08-5063 may constitute contempt of court and may lead to sanctions against him and/or the entry of a vexatious litigant Order which could prevent Mr. Bush from filing any further actions in this court.

| | |
|---|---|
| August 3, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |